443 A.2d 366

McCorry v. McCorry, Appellant.

Reargument Denied April 13, 1982.

Petition for Allowance of Appeal Denied June 1, 1982.

 Argued February 11, 1981. Frank P. Krizner, for appellant; Leo M. Stepanian, for appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Order affirmed.